| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
June 20, 2019
David J. Bradley, Clerk

Randall J. Dobbs, §
    Petitioner, §
§
v. §    Civil Action H-18-1134
§
Lorie Davis, §
    Respondent. §

## Order of Adoption

On May 31, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (16) recommending that the court deny Randall Dobbs's petition. Dobbs filed a letter (17), which the court construes as an objection. The court denies Dobbs's objection and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed June  20, 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge